**LAW OFFICE OF CLARK OVRUCHESKY**
Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
750 B. Street, Suite 3300
San Diego, California 92101
Telephone: (619) 356-8960
Facsimile: (619) 330-7610

**SHANNER & ASSOCIATES**
Thomas K. Shanner, Esq. (SBN: 218515)
toby@shannerlaw.com
7777 Alvarado Road, Suite 307
La Mesa, CA 91942
Telephone: (619) 232-3057
Facsimile: (619) 638-8130

*Attorneys for Plaintiff*,
Steven R. Allison

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. ALLISON,<br><br>**Plaintiff**,<br><br>v.<br><br>**BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC D/B/A FIRESTONE, BANK OF AMERICA, N.A., WELLS FARGO BANK, N.A., EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.**,<br><br>**Defendants.** | **Case No.: 16-cv-2784-CAB-BGS**<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION LLC ONLY** |

///

///

Plaintiff Steven R. Allison ("Plaintiff") hereby notifies the Court that he and Defendant Trans Union LLC ("Trans Union") have settled all claims between them in this matter and are in the process of completing the final closing documents and filing dismissal papers. Plaintiff and Trans Union request that the Court retain jurisdiction for any matters related to completing or enforcing the settlement. Plaintiff and Trans Union anticipate filing a Joint Motion for Dismissal of this action in respect to Trans Union, with prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements pertaining to Trans Union be vacated and that the Court set a deadline on or after March 10, 2017 for filing a joint dismissal.

Respectfully submitted,

Dated: January 10, 2017          LAW OFFICE OF CLARK OVRUCHESKY

                                 By: /s/ Clark Ovruchesky
                                     CLARK OVRUCHESKY, ESQ.
                                     ATTORNEY FOR PLAINTIFF

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Law Office of Clark Ovruchesky, 750 B. Street, Suite 3300, San Diego, California 92101. On January 10, 2017, I served the within document(s):

- **NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION LLC ONLY**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 10, 2017, at San Diego, California.

By: /s/ Clark Ovruchesky  
CLARK OVRUCHESKY, ESQ.  
ATTORNEY FOR PLAINTIFF

PROOF OF SERVICE