Greg S. Martin (State Bar No. 294482)
gmartin@jonesday.com
JONES DAY
12265 El Camino Real
Suite 200
San Diego, CA  92130.4096
Telephone:  +1.858.314.1200
Facsimile:  +1.858.314.1150

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. ALLISON<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRIDGESTONE AMERICAS TIRE OPERATIONS LLC; BANK OF AMERICA, N.A.; WELLS FARGO BANK N.A.; EQUIFAX INFORMATION SERVICES LLAC; TRANSUNION LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.;<br><br>　　　　　Defendants. | Case No. 3:16-cv-02784-CAB-BGS<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

　　　　PLEASE TAKE NOTICE THAT Plaintiff Steven R. Allison ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") have reached an agreement on all material terms required to settle all of Plaintiff's claims against Experian in this pending action.

　　　　The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date this notice is filed with the Court, at which time the parties shall file a request for dismissal of the claims asserted against Experian.

| | | |
|---|---|---|
| 1 | Dated: January 18, 2017 | Respectfully submitted, |
| 2 | | JONES DAY |
| 3 | | |
| 4 | | By: */s/ Greg S. Martin* |
| 5 | | Greg S. Martin |
| 6 | | Attorneys for Defendant EXPERIAN INFORMATION SOLUTIONS, INC. |
| 7 | | |
| 8 | | |
| 9 | Dated: January 18, 2017 | Respectfully submitted, |
| 10 | | LAW OFFICE OF CLARK OVRUCHESKY |
| 11 | | |
| 12 | | By: */s/ Clark Ovruchesky* |
| 13 | | Clark Ovruchesky |
| 14 | | Attorneys for Plaintiff STEVEN R. ALLISON |

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Clark Ovruchesky, counsel for Plaintiff, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: January 18, 2017

Respectfully submitted,

Jones Day

By: */s/ Greg S. Martin*
     Greg S. Martin

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Email: gmartin@jonesday.com

## CERTIFICATE OF SERVICE

I, Greg S. Martin, declare:

I am a citizen of the United States and employed in San Diego, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 12265 El Camino Real, Suite 300, San Diego, California 92130. On September 16, 2016, I served a copy of:

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

by electronic transmission.

I am familiar with the Southern District's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 19, 2016, at San Diego, California.

　　　　　　　　　　　　　　　　*/s/ Greg S. Martin*
　　　　　　　　　　　　　　　　Greg S. Martin
　　　　　　　　　　　　　　　　gmartin@jonesday.com